# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ARTHUR BENALLY<br>Defendant | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>CASE NUMBER: 07-04320M-001-PCT-MEA |

Upon motion of the __Government__ , it is ORDERED that a preliminary hearing and

detention hearing is set for __Monday, October 22, 2007__ at __10:00 am__

before __the Honorable Mark E. Aspey, United States Magistrate Judge__

__United States District Court, 123 N. San Francisco, Flagstaff, Arizona__

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____Other Custodial Official_____) and produced for the hearing.

   DATED this 17th day of October, 2007.

_____
Mark E. Aspey
United States Magistrate Judge

---

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant . 18 U.S.C.§3142(f) (2).
   A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.